JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Alejandro Fontecha Salamanca, <br> Petitioner, <br><br> v. <br><br> Warden Desert View Facility, et al, <br> Respondents. | Case No. 5:26-cv-02427-JGB-DMK <br><br><br> JUDGMENT |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is granted.

DATED: June 23, 2026

Honorable Jesus G. Bernal
United States District Judge